# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32822**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Raysa GILL**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 24 April 2026

————————————

*Military Judge*: Tiny L. Bowman.

*Sentence*: Sentence adjudged 14 January 2025 by SpCM convened at Grand Forks Air Force Base, North Dakota. Sentence entered by the military judge on 2 February 2025: Bad-conduct discharge, confinement for 59 days, reduction to the grade of E-1, and a reprimand.

*For Appellant*: Major Rebecca J. Monroe, USAF; Captain John M. Fredericks, USAF.

*For Appellee*: Major Vanessa Bairos, USAF.

Before GRUEN, KEARLEY, and MORGAN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d)(1), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d)(1). In addition, the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(e), UCMJ, 10

U.S.C. §§ 859(a), 866(e). Accordingly, the findings and sentence are **AF-FIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court